AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Michele Park, on Behalf of Herself and other Similarly Situated Employees <br><br> *Plaintiff(s)* <br><br> v. <br><br> Sancia Healthcare, Inc., aka Sancia Wellness, Pennye W. Nash, as Executive Director and Individually, and Ian Davis, as Presidnet and Individually <br><br> *Defendant(s)* | Civil Action No.   17cv720 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sancia Healthcare, Inc., Pennye W. Nash, and Ian Davis
20 Church Street
White Plains, NY 10601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lee Nuwesra, Esq.
Law Offices Of Lee Nuwesra
60 E. 42nd Street, Suite 1132
(212) 370-8707

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: January 31, 2017

/s/ Symia James
*Signature of Clerk or Deputy Clerk*

