Law Offices Of
## LEE NUWESRA
One Grand Central Place
60 East 42nd Street, Suite 1132
New York, N.Y. 10165

———

TEL: (212) 370-8707
*FAX: (212) 370-8708
*SERVICE BY FAX OR EMAIL NOT ACCEPTED

**<u>Via ECF</u>**

October 3, 2018

Honorable Judith C. McCarthy
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

        **Re:**   Parks v. Sancia Healthcare, Inc., et al.
              <u>17 Civ. 720 (NSR) (JCM)</u>

Dear Judge McCarthy:

      As your Honor is aware, the undersigned Sole Practitioner represents Plaintiff in the above referenced matter. As the Court is also aware, Defendants in this case have not abided by numerous Orders issued by Your Honor. Specifically, they failed to appear or respond to this Court's mandates, in contravention of the instant Court's Orders of 8-25-2017 **(Document No. 25)**, 1-18-2018 **(Doc. No. 30)**, and 2-7-2018 **(Doc. No. 31)**.

      Based on the foregoing Plaintiff Michele Park, respectfully requests that Your Honor Strike Defendants' Answer, so that Plaintiff can renew her Default Judgment Application to District Court Judge, the Honorable Judge Roman.

      Should Your Honor require any additional information, the undersigned can be readily reached on my Cell #: **(845) 553-3238**.

      We thank the Court for its attention to this matter.

                                          Respectfully Submitted,

                                          _____/s/_____
                                          Lee Nuwesra, Esq.

LN:an
cc:    Sancia Healthcare, Inc. et al (Via Mail W/Cert.) to last known address:
       20 Church Street
       White Plains, N.Y.  10601