UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHELE PARK, on behalf of herself and other
similarly situated employees                                         17 Civ. 0720 (NSR) (JCM)

                            Plaintiff(s),

        -against-

SANCIA HEALTHCARE, INC., aka SANCIA
WELLNESS, PENNYE W. NASH, AS EXECUTIVE
DIRECTOR AND INDIVIDUALLY, and IAN DAVIS
AS PRESIDENT AND INDIVIDUALLY

                           Defendants.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, the undersigned, Plaintiff's attorney of record, hereby certify that on 10-04-2018, I caused a true and correct copy of the: **Plaintiff's Letter to the Honorable Judith C. McCarthy, dated October 3, 2018**, to be served on Defendants via the United States Postal Service, with Certificate of Mailing, within the State of New York, addressed as follows:

| | | |
|---|---|---|
| Sancia Healthcare, Inc. | Ms. Pennye W. Nash | Ian Davis |
| 20 Church Street | C/o Sancia Healthcare, Inc. | C/o Sancia Healthcare, Inc. |
| White Plains, NY 10601 | 20 Church Street | 20 Church Street |
| | White Plains, NY 10601 | White Plains, NY 10601 |

                                                             /s/
                                                   Lee Nuwesra, Esq.
                                                   *Attorney for Plaintiff*
                                                   One Grand Central Place
                                                   60 East 42nd Street, Ste. 1132
                                                   New York, NY 10165