```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MICHELE PARK, on behalf of herself and
other similarly situated employees                        17 Civ. 0720 (NSR) (JCM)

                        Plaintiff(s),

        -against-                                         NOTICE OF MOTION
                                                          TO STRIKE
SANCIA HEALTHCARE, INC., aka                              DEFENDANTS' ANSWER
SANCIA WELLNESS, PENNYE W. NASH,
AS EXECUTIVE DIRECTOR AND
INDIVIDUALLY, and IAN DAVIS AS
PRESIDENT AND INDIVIDUALLY

                        Defendants.
------------------------------------------------------X
```

**PLEASE TAKE NOTICE,** that upon the attached Memorandum of Law, dated January 4, 2019, and upon the all prior proceedings had, a Motion will be made before the Honorable Magistrate Judge Judith C. McCarthy, at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, located at 300 Quarropas Street, Courtroom 421, White Plains, State of New York, on the 25th day of January, 2019, at 10:00 a.m. or as soon thereafter as Counsel can be heard, for an Order to Strike Defendants Answer and impose sanctions on Defendants, pursuant to the Federal Rules of Civil Procedure 37(b) (2), and grant Plaintiff any further relief this Court may deem proper, including but not limited to Attorney's fees and costs, pursuant to the Court's inherent power.

**PLEASE TAKE FURTHER NOTICE**, that a copy of the Answering Papers to this Motion shall be served on Plaintiff by January 18, 2019, at the address stated below in accordance with the Federal Rules of Civil Procedure, the Local Rules of the Southern District Court of New York, and this Court's Order of December 6, 2018.

Dated: New York, New York
       January 4, 2019

Respectfully Submitted,

By:   /s/
    Lee Nuwesra (LN 5851)
    *Attorney for Plaintiff*
    One Grand Central Place
    60 E. 42nd Street, Suite 1132
    New York, New York 10165
    Tel#: (212) 370-8707
    lnuwesra@optonline.net

To:   Sancia Healthcare, Inc.
     20 Church Street
     White Plains, NY 10601

     Pennye W Nash
     20 Church Street
     White Plains, NY 10601

     Ian Davis
     20 Church Street
     White Plains, NY 10601