UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHELE PARK, on behalf of herself and other
similarly situated employees                                              17 Civ. 0720 (NSR) (JCM)

                               **Plaintiff(s),**

                         -against-

SANCIA HEALTHCARE, INC., aka SANCIA
WELLNESS, PENNYE W. NASH, AS EXECUTIVE
DIRECTOR AND INDIVIDUALLY, and IAN DAVIS
AS PRESIDENT AND INDIVIDUALLY

                               **Defendants.**
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, Plaintiff's attorney of record, hereby certify that on 01-04-2019, I caused a true and correct copy of **Plaintiff's Notice of Motion to Strike Defendants' Answer and Plaintiff's Memorandum of Law in Support thereof,** to be served on Defendants via the United States Postal Service, within the State of New York, addressed as follows:

| Sancia Healthcare, Inc. | Pennye W Nash | Ian Davis |
| --- | --- | --- |
| 20 Church Street | 20 Church Street | 20 Church Street |
| White Plains, NY 10601 | White Plains, NY 10601 | White Plains, NY 10601 |

Dated: New York, New York
        January 4, 2019

                                                 /s/
                                      Lee Nuwesra, Esq.
                                      *Attorney for Plaintiff*
                                      One Grand Central Place
                                      60 East 42nd Street, Ste. 1132
                                      New York, NY 10165

**Certificate Of Mailing**

From: Lee Nuwesra, Esq.
One Grand Central Place
60 E. 42nd Street Suite 1132
New York, N.Y. 10165

To: Sencia Healthcare, Inc.
20 Church Street
White Plains, N.Y. 10601

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LETTER
CROTON ON HUDSON, NY
10520
JAN 04, 19
AMOUNT
$1.40
R2305K137588-06



---

**Certificate Of Mailing**

From: Lee Nuwesra, Esq.
One Grand Central Place
60 E. 42nd Street Suite 1132
New York, N.Y. 10165

To: Pennye W. Nash
20 Church Street
White Plains, N.Y. 10601

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LETTER
CROTON ON HUDSON, NY
10520
JAN 04, 19
AMOUNT
$1.40
R2305K137588-06



---

**Certificate Of Mailing**

From: Lee Nuwesra, Esq.
One Grand Central Place
60 E. 42nd Street Suite 1132
New York, N.Y. 10165

To: Ian Davis
20 Church Street
White Plains, N.Y. 10601

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LETTER
CROTON ON HUDSON, NY
10520
JAN 04, 19
AMOUNT
$1.40
R2305K137588-06

