**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**MICHELE PARK, on behalf of herself and other similarly situated employees**       **17 Civ. 0720 (NSR) (JCM)**

                        **Plaintiff(s),**

    -against-

                                                                  **PROPOSED**
**SANCIA HEALTHCARE, INC., aka SANCIA**       **DEFAULT JUDGMENT**
**WELLNESS, PENNYE W. NASH, AS EXECUTIVE**
**DIRECTOR AND INDIVIDUALLY, and IAN DAVIS AS**
**PRESIDENT AND INDIVIDUALLY**

                        **Defendants.**
-------------------------------------------------------------------X

      This action having been commenced on January 30, 2017 by the filing of the Summons and Complaint, and copies of the Summons and Complaint having been personally served on the Defendants, Sancia Healthcare, Inc., Ian Davis, and Pennye W. Nash on February 15, 2017, by hand delivering same to owner operator, Pennye W. Nash, and a proof of service having been filed on March 5, 2017, and the Defendants having failed to appear and/or defend after July 19, 2017, as instructed by the Court, resulting in this Court's issuance of an Opinion and Order on 9-27-2019, granting Plaintiff's Motion to Strike Defendants' Answer, it is

      ORDERED, ADJUDGED AND DECREED:  That the Plaintiff have judgment against Defendants severally and jointly on the Liability Issue, and that this case be scheduled for an Inquest on the Issue of Damages.

Dated: Westchester, New York

      _____                                  _____

                                                                                       U.S.D.J.

                                                              This document was entered on the
                                                              docket on _____.