UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

PARK,

                Plaintiff(s),

- against -

SANCIA HEALTHCARE, INC. et al.,

                Defendant(s).

-------------------------------------------------------x

**RESCHEDULING ORDER**

17 Civ. 720 (NSR)

ROMÁN, D.J.:

    In light of the recent COVID-19 pandemic affecting New York, and given to the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, it is hereby

    ORDERED that the above case previously scheduled for a Show Cause Hearing on Plaintiff's Order to Show Cause for Default Judgment (ECF No. 53) on March 26, 2020 **is hereby adjourned until May 28, 2020 at 11:30 am** in Courtroom 218 before the Hon. Nelson S. Román, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

    Plaintiff is directed to serve a copy of this Order on Defendants and file proof of service.

SO ORDERED.

Dated:    White Plains, New York
           March 25, 2020

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2020